UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ASHLEY WELLS                                               CIVIL ACTION

VERSUS                                                     NO. 15-5807

LATONIA MADDOX, ET AL.                                     SECTION A(3)

## ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion. No memoranda in opposition to Plaintiff's **Motion to Remand (Rec. Doc. 6)**, scheduled for consideration on December 30, 2015, has been submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,[1]

**IT IS ORDERED** that the **Motion to Remand (Rec. Doc. 6)** is **GRANTED.**

January 6, 2016

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant State Farm and Defendant New York Marine & General Insurance Company failed to timely consent to the removal of this litigation, making removal defective and requiring this Court to remand the case to state court.

1